# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 18, 2025

## NO. 03-25-00055-CR

**Ex parte Barry Alan Boes, II**

**APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP**
**DISMISSED FOR WANT OF PROSECUTION-- OPINION BY JUSTICE CRUMP**

This is an appeal from the judgment signed by the trial court. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.